UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP KING, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CV1514 CDP |
| JANET VESSELL, et al., | ) |
| Defendants. | ) |

# **ORDER**

As discussed with both counsel at informal matters today,

**IT IS HEREBY ORDERED** that the deadline for completing mediation is extended to **November 1, 2007** and the parties must report their choice of neutral and date for the mediation no later than **September 25, 2007**.

**IT IS FURTHER ORDERED** that defendants' time for responding to the motion for leave to amend is extended to **Monday, July 30, 2007**.

**IT IS FURTHER ORDERED** that plaintiff's motion to dismiss his claims against defendant Sherry Wetsch only without prejudice [#25] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2007.