UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP KING, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CV1514 CDP |
| JANET VESSELL, et al., | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that defendants shall have summary judgment on plaintiff's complaint, and plaintiff's complaint is dismissed with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2008.